# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRYETT O. WOODS,<br>    Plaintiff(s),<br>v.<br>INVESTMENT REALTY ADVISORS,<br>    Defendant(s). | Case No. 2:24-cv-00477-CDS-NJK<br>**REPORT AND RECOMMENDATION** |

    The Court has a duty to ensure that it has subject matter jurisdiction over the dispute before it, an issue it may raise at any time during the proceedings. *See, e.g.*, Fed. R. Civ. P. 12(h)(3). Federal courts are courts of limited jurisdiction and possess only that power authorized by the Constitution and statute. *Rasul v. Bush*, 542 U.S. 466, 489 (2004). "A federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." *Stock West, Inc. v. Confederated Tribes of the Colville Reservation*, 873 F.2d 1221, 1225 (9th Cir. 1989). "The party asserting federal jurisdiction bears the burden of proving that the case is properly in federal court." *McCauley v. Ford Motor Co.*, 264 F.3d 952, 957 (9th Cir. 2001) (*citing McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936)).

    Plaintiff's complaint does not establish subject matter jurisdiction. Plaintiff crosses out the section of the complaint in which to show that jurisdiction exists. Docket No. 1-1 at 3. Moreover, Plaintiff's case relates to whether his apartment rental deposit of $700 should have been returned. *See, e.g., id.* at 4-5. The complaint identifies no federal cause of action or federal question. *See* 28 U.S.C. § 1331. The complaint identifies no basis on which to find that the exercise of diversity jurisdiction is proper. *See* 28 U.S.C. § 1332(a) (requiring, *inter alia*, an amount in controversy exceeding $75,000); *but see* Docket No. 1-1 at 4 (identifying $700 as the amount in controversy).

Moreover, there appears to be no plausible basis on which to allege jurisdiction, so amendment of the complaint is not warranted.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** for lack of subject matter jurisdiction and that the application to proceed *in forma pauperis* (Docket No. 1) be **DENIED** as moot.

Dated: April 10, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).