UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Terryett O. Woods, | Case No. 2:24-cv-00477-CDS-BNW |
| Plaintiff | **Order Denying as Moot Plaintiff's Application to Proceed in Forma Pauperis** |
| v. | |
| Investment Realty Advisors, | [ECF No. 6] |
| Defendant | |

Pro se plaintiff Terryett O. Woods filed a motion for leave to proceed *in forma pauperis* (IFP, ECF No. 6) into this closed case; the action was dismissed with prejudice because Woods' complaint does not establish a basis for subject-matter jurisdiction. *See* Order, ECF No. 4. Accordingly, Woods' latest IFP application **[ECF No. 6] is denied as moot**.

The Clerk of Court is kindly directed to include a copy of the docket, the order dismissing this action (ECF No. 4), and the judgment (ECF No. 5), with the mailing of this order.

Dated: October 8, 2024

_____
Cristina D. Silva
United States District Judge